UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIRSTI ORAVASAARI,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FOREST RIVER, INC.,<br><br>　　Defendant. | Case No. 3:23-CV-978-CCB-MGG |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice [DE 16] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own fees and costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

May 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/*Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT